IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-610-AP**

**In re: NESBIT LEE LACY**

**MATTHEW J. FAIRSHTER and
BENNETT & FAIRSHTER, LLP,**

        Appellants,

v.

**STINKY LOVE, INC.,**

        Appellee.

## ORDER

**KANE, J. ORDERS**

The court has reviewed the Declaration of Matthew J. Fairshter re:Order to Show Cause re: Dismissal of Appeal and determines that sufficient cause has been shown why this matter should not be dismissed.  The Order to Show Cause is discharged.

DATED at Denver, Colorado this 21st day of June, 2007.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT