IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-610-AP**

**In re: NESBIT LEE LACY**

**MATTHEW J. FAIRSHTER and
BENNETT & FAIRSHTER, LLP,**

                Appellants,

v.

**STINKY LOVE, INC.,**

                Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Appellee's Motion to Stay Briefing (doc. #22), filed July 25, 2007, is GRANTED. Briefing is STAYED pending a ruling on the Motion to Consolidate filed 06-cv-1531-EWN. Counsel should note that no future motions will be considered absent compliance with D.C.COLO.LCivR 7.1A.

Dated:  July 25, 2007